UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-21457-CIV-ALTONAGA/Turnoff

**RONALD CLAUSNITZER**, *et al.*,

    Plaintiffs,
vs.

**FEDERAL EXPRESS CORPORATION**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on February 1, 2007, for oral argument on Defendant, Federal Express' ("FedEx['s]") Motion to Dismiss Pursuant to Rule 12(b)(6) or, In the Alternative, To Dismiss/Strike Class Allegations (the "Motion") [D.E. 34-35], filed on September 29, 2006. The Court has carefully considered the parties' written submissions, their arguments, and all applicable law.

For the reasons stated in open court, it is **ORDERED AND ADJUDGED** as follows:

1.     FedEx's Motion to Dismiss **[D.E. 34]** is **DENIED**.

2.     The parties are to submit to the Court, **on or before February 9, 2007**, an amended proposed scheduling order setting forth dates for briefing and oral argument on the issue of class certification.

3.     All discovery not relating to class certification is **STAYED** pending the resolution of the anticipated motion for class certification.

Case No. 06-21457-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of February, 2007.

*Cecilia M. Altonaga*
_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record